AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
MAR 2 8 2025
AT_____ O'CLOCK_____
John M. Domurad, Clerk - Albany

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| | ) Case No. 1:25-mj-89 DJS |
| MAURICIO RAMIREZ, Miguel Angel | ) |
| | ) |
| | ) |
| | ) |
| Defendant. | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of March 27, 2025, in the county of Columbia in the Northern District of New York the defendant violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) and(b)(1) | Miguel Angel MAURICIO RAMIREZ, an alien, native and citizen of Guatemala, being an alien who has been denied admission, excluded, deported, or removed, or has departed the United States while an order of exclusion, deportation, or removal is outstanding, entered and was thereafter found in the United States without the Attorney General of the United States, or his successor, the Secretary of Homeland Security, having expressly consented to his reapplication for admission to the United States. |

This criminal complaint is based on these facts:

☒ Continued on the attached sheet.

*Complainant's signature*

Sean Thalheimer, U.S. Homeland Security Investigations
*Printed name and title*

Attested to by the Affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: 3/28/2025

*Judge's signature*

City and State: Albany, New York

Hon. Daniel J. Stewart, U.S. Magistrate Judge
*Printed name and title*

*Continuation Sheet, United States v. Miguel Angel MAURICIO RAMIREZ*

On March 27, 2025, Immigration Customs and Enforcement - Homeland Security Investigations ("HSI") Albany, NY, and Federal Bureau of Investigations ("FBI") Albany, NY conducted a joint targeted enforcement operation in the vicinity of [REDACTED] Kinderhook, NY 12020 ("the residence") in search of Miguel Angel MAURICIO RAMIREZ. ICE HSI Albany, NY observed an individual who resembled the appearance of MAURICIO RAMIREZ depart the area of the residence. According to law enforcement database checks, the vehicle is registered to Miguel Angel MAURICIO RAMIREZ of [REDACTED] Kinderhook, NY 12106. ICE-HSI agents observed the target vehicle exit the residence and proceed towards Hudson, NY. ICE HSI and FBI agents followed the vehicle and conducted a traffic stop at the intersection of North 6th Avenue and Prospect Street in Hudson, NY.

ICE-HSI agents identified themselves and identified the driver as Miguel Angel MAURICIO RAMIREZ. Records reflect that MAURICIO RAMIREZ was ordered removed on December 11, 2006. According to records checks, MAURICIO RAMIREZ was previously deported from the United States on January 8, 2007; April 12, 2018; and July 13, 2023, and subsequently re-entered on an unknown date at an unknown location without inspection by an immigration official. MAURICIO RAMIREZ was transported to the Albany, NY ICE-HSI sub office without incident for further processing.

Upon arrival, biographical information and fingerprints were entered into Department of Homeland Security databases for MAURICIO RAMIREZ. Record checks revealed MAURICIO RAMIREZ is a citizen of Guatemala, with no documentation to be in, pass through, or remain in the United States legally. Record checks further revealed that on November 13, 2006, ICE/ERO New York City arrested MAURICIO RAMIREZ while he was incarcerated at Nassau County, NY Jail. MAURICIO RAMIREZ was processed pursuant to Section 212(a)(6)(A)(i) of the Immigration and Nationality Act (INA), as an alien present in the United States without being admitted or paroled, or who arrived in the United States at any time or place other than as designated by the Attorney General. On January 8, 2007, ICE/ ERO San Antonio officers removed MAURICIO RAMIREZ to Guatemala.

On July 27, 2017, in the United States District Court, Northern District of New York, MAURICIO RAMIREZ was convicted MAURICIO of 8 USC 1326(a) [Illegal Re-entry]. On April 12, 2018, MAURICIO was removed from the United States to Guatemala.

On June 9, 2021, in the United States District Court, Northern District of New York, MAURICIO RAMIREZ was convicted of 8 USC 1326(a) & (b)(1). On July 13, 2023, MAURICIO was removed from the United States to Guatemala.

MAURICIO RAMIREZ did not obtain the express consent of the Attorney General of the United States or his successor, the Secretary of Homeland Security, to reapply for admission to the United States.

Based on the foregoing, there is probable cause to believe that the defendant violated 8 U.S.C. §1326(a).

ATTESTED TO BY THE AFFIANT

Sean Thalheimer
Special Agent
U.S. Homeland Security Investigations

I, the Honorable Daniel J. Stewart, United States Magistrate Judge, hereby acknowledge that this affidavit was attested to by the affiant by telephone on March 28, 2025, in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

_____
HONORABLE DANIEL J. STEWART
UNITED STATES MAGISTRATE JUDGE